UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BARBARA GESELL,

                Plaintiff,

-vs-                                                Case No.  2:11-cv-130-FtM-36SPC

K-MART CORPORATION, a foreign profit
corporation,

                Defendant.
_____

## ORDER

This matter comes before the Court on Defendant's Motion to Vacate the Court's Orders on Plaintiff's Motion to Amend and Plaintiff's Motion to Strike (Doc. #20) filed on May 31, 2011. Defendant moves the Court to vacate this Court's Order granting Plaintiff's Motion for Leave to Amend (Doc. #16) and separate Order rendering Plaintiff's Motion to Strike Defendant's Answer and Statement of Defenses as moot (Doc. #17). Defendant asserts that under the Federal Rules its response was due on May 31, 2011, as May 30, 2011 was a legal holiday. The Court agrees. Therefore, Defendant's Motion is due to be granted. As Defendant has filed its response to Plaintiff's Motion to Amend as an exhibit to the instant Motion, the issue is fully briefed and the Court will rule on Plaintiff's Motion to Amend in due course.

Accordingly, it is now

**ORDERED:**

(1) Defendant's Motion to Vacate the Court's Orders on Plaintiff's Motion to Amend and Plaintiff's Motion to Strike (Doc. #20) is **GRANTED**.

(2)     This Court's Orders at Docs. #16 and 17 are hereby vacated.

(3)     The Clerk of Court is directed to edit Doc. #11 in the CM/ECF system to show as a pending Motion to Strike.

(4)     The Clerk of Court is directed to edit Doc. #14 in the CM/ECF system to show as a pending Motion to Amend.

(5)     The Clerk of Court is directed to remove Sears Holding Corporation as a Defendant from this matter.

(6)     The Court accepts Defendant's Opposition to Plaintiff's Motion for Leave to Amend Complaint. The Clerk of Court is directed to file Defendant's Opposition attached as Exhibit A to the instant Motion as a separate entry in the CM/ECF system. The Court will rule on Plaintiff's Motion for Leave to Amend Complaint in due course.

**DONE AND ORDERED** at Fort Myers, Florida, this   2nd    day of June, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE


Copies: All Parties of Record