UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

BARBARA GESSELL,

      Plaintiff,

v.                                                     Case No. 2:11-cv-130-FtM-36SPC

K-MART CORPORATION,
a Foreign Profit Corporation,

      Defendant.
_____/

**ORDER**

      This cause comes before the Court on the Report and Recommendation filed by United States Magistrate Judge Sheri Polster Chappell on June 8, 2011 (Doc. 23), recommending that the Court deny Plaintiff's May 12, 2011 Motion for Leave to Amend Complaint (Doc. 14). Neither party has filed a response to the Report and Recommendation, and the time for doing so has passed.

      In the Complaint, Plaintiff alleges that her employer, K-Mart Corporation violated 29 U.S.C. § 201, the Fair Labor Standards Act. *See* Doc. 1 at 4–5. On May 12, 2011, Plaintiff filed a Motion for Leave to Amend Complaint, and provided a proposed Amended Complaint (Doc. 14). Through this Motion, Plaintiff sought to add Sears Holding Corporation, a parent of Defendant K-Mart Corporation, as a defendant in this action. Neither Plaintiff's Motion, nor the proposed Amended Complaint, makes any allegation that Sears Holding Corporation exerted any control over Defendant's labor operations. Nor do these filings allege that Sears Holding Corporation shared any common management with Defendant. S*ee Lane v. Capital Acquisitions & Mgmt. Co.*, 2007 U.S. Dist. LEXIS 14007, *15 (S.D. Fla. February 28, 2007). Indeed, Plaintiff does not assert any factual

allegations against Sears Holding Corporation. Thus, allowing Plaintiff to amend the Complaint to add Sears Holding Corporation would be futile.

After carefully considering Plaintiff's Motion for Leave to Amend Complaint (Doc. 14) and Defendant's June 2, 2011 Response (Doc, 22), and undertaking a *de novo* review of the legal determinations contained within Judge Chappell's Report and Recommendation (Doc. 23), the Court concludes that Judge Chappell's Report and Recommendation should be confirmed and adopted.

Accordingly, it is now **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation of Magistrate Judge Sheri Polster Chappell (Doc. 23) is **ADOPTED, CONFIRMED and APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion for Leave to Amend Complaint (Doc. 14) is **DENIED**.

3. The Clerk is directed to strike Plaintiff's Amended Complaint of May 31, 2011 (Doc. 18).

**DONE AND ORDERED** at Ft. Myers, Florida on July 6, 2011.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Magistrate Judge Sheri Polster Chappell
Parties of Record