# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

BARBARA GESELL,

      Plaintiff,

v.                                    CASE NO. 2:11-CV-00130-FtM-36SPC

K-MART CORPORATION, a foreign corporation,

      Defendant.

_____/

## ORDER

This cause comes before the Court on the Report and Recommendation filed by United States Magistrate Judge Sheri Polster Chappell on August 3, 2011. (Doc. 31). In her Report and Recommendation, Judge Chappell recommends the Court deny Plaintiff's Motion to Strike Defendant's Answer and Statement of Defenses (Doc. 11), filed on April 22, 2011. Neither party filed an objection to the Report and Recommendation, and the time to do so has expired.

In accord with the Magistrate Judge's Report and Recommendation, the Court fails to see how the paragraphs Plaintiff seeks to strike are prejudicial. Moreover, Defendant's fifth affirmative defense will not be stricken because sufficient facts have been alleged to show that the defense is plausible. As such, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 31) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion to Strike Defendant's Answer and Statement of Defenses (Doc. 11) is **DENIED**.

**DONE AND ORDERED** at Ft. Myers, Florida, on August 18, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD